■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES POWER, Appellant. [643 NYS2d 335] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered July 15, 1994, convicting defendant, after a jury trial, of attempted assault in the second degree, and sentencing him to a term of 1 to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to reduce defendant's sentence to one of 5 years probation and otherwise affirmed. The matter is remitted to Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5).

In the circumstances, we find the sentence imposed to be excessive to the extent indicated. Concur—Murphy, P. J., Wallach, Ross, Nardelli and Williams, JJ.